ACCEPTED
06-15-00136-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 1:08:52 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:   06-15-00136-CR

Appellate Case Style: Style:   Bronchea Gerad Walker

Vs.   State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/11/2015 1:08:52 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:   6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Bronchea | ☒ Lead Attorney |
| Middle Name: Gerad | First Name: E |
| Last Name: Walker | Middle Name: Alan |
| Suffix: | Last Name: Bennett |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained          ☐ Public Defender |
| | Firm Name:   Sheehy Lovelace & Mayfield PC |
| | Address 1:   510 N Valley Mills Dr Ste 500 |
| | Address 2: |
| | City:   Waco |
| | State: Texas          Zip+4: 76710 |
| | Telephone:          ext. |
| | Fax: |
| | Email:   abennett@slmpc.com |
| | SBN:   02140700 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Sterling

Middle Name:

Last Name: Harmon

Suffix:

☐ Appointed  ☒ District/County Attorney

☐ Retained  ☐ Public Defender

Firm Name: McLennan County District Atty's Office

Address 1: 219 North 6th Street Ste 200

Address 2:

City: Waco

State: Texas          Zip+4: 76701

Telephone:                    ext.

Fax:

Email: sterling.harmon@co.mclennan.tx.us

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: June 25, 2015

Offense charged: Aggravated Robbery

Date of offense: August 14, 2013

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: July 23, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 23 years' imprisonment

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:        ☒ Yes  ☐ No    If yes, date filed: July 23, 2015

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☒ No              If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed:

Date of hearing:                        ☒ NA

Date of order:                          ☒ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 19th District Court

County: McLennan

Trial Court Docket Number (Cause no): 2013-1937-C1

Trial Court Judge (who tried or disposed of the case):

First Name: Ralph

Middle Name: T

Last Name: Strother

Suffix:

Address 1: 501 Washington Ave Ste 303

Address 2:

City: Waco

State: Texas          Zip + 4: 76701

Telephone: 254.757.5081          ext.

Fax: 254.757.5683

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Jul 24, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: Jul 24, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official          ☒ Substitute

First Name: Lisa

Middle Name: V

Last Name: Jackson

Suffix:

Address 1:

Address 2:

City:

State: Texas          Zip + 4:

Telephone:          ext.

Fax:

Email: lisajacksoncsr@yahoo.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚  Court: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

Style: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

Vs.  State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                    Date: August 11, 2015

_____

Printed Name:                                            State Bar No: 02140700

Electronic Signature: /s/ Alan Bennett                   Name: E. Alan Bennett
       (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  August 11, 2015  .

_____

Signature of counsel (or pro se party)          Electronic Signature: /s/ Alan Bennett
                                                       (Optional)

                                                State Bar No.:  02140700

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 11, 2015

Manner Served: Email

First Name: Sterling

Middle Name:

Last Name: Harmon

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State Texas          Zip+4:

Telephone:                    ext.

Fax:

Email: sterling.harmon@co.mclennan.tx.us